

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00325-CV

**IN THE INTEREST OF M.J.V.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00861
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED August 28, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice